# CASE ANNOUNCEMENTS
*June 6, 2014*

[Cite as *06/06/2014 Case Announcements*, 2014-Ohio-2424.]

## DISCIPLINARY CASES

**2008–0822.   Columbus Bar Assn. v. DiAlbert.**
On application for reinstatement of John Eugene DiAlbert, Attorney Registration No. 0030101. Application granted and respondent is reinstated to the practice of law in Ohio, with a two-year monitored probation.

## MISCELLANEOUS ORDERS

**CLE–2006–30101.   In re Continuing Legal Edn. Suspension of DiAlbert.**
On Report of the Commission on Continuing Legal Education. The recommendation of the commission is adopted, and John Eugene DiAlbert, Attorney Registration No. 0030101, is reinstated to the practice of law in Ohio.

# CASE ANNOUNCEMENTS
*June 9, 2014*

[Cite as *06/09/2014 Case Announcements #2*, 2014-Ohio-2484.]

## MOTION AND PROCEDURAL RULINGS

**2014–0197.   Disciplinary Counsel v. Smith.**
This cause is scheduled for oral argument on Tuesday, June 10, 2014. Upon consideration of respondent's expedited motion for continuance of oral argument, it is ordered by the court that the motion is denied.